GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

LITTON LOAN SERVICING INC
PO BOX 4387
HOUSTON, TX  77210

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

LITTON LOAN SERVICING INC
PO BOX 4387
HOUSTON, TX  77210

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

UNITED STUDENT AID FUNDS INC
% SALLIE MAE GUARANTEE SVCS
PO BOX 6180
INDIANAPOLIS, IN  42606-6180

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No. 0012781555

UNITED STUDENT AID FUNDS INC
% SALLIE MAE GUARANTEE SVCS
PO BOX 6180
INDIANAPOLIS, IN 42606-6180

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL 60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL 60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

CULLIGAN OF BOLINGBROOK
% TEK COLLECT INC
PO BOX 26390
COLUMBUS, OH  43226

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555


US DEPT OF EDUCATION
PO BOX 4169
NATIONAL PAYMENT CENTER
GREENVILLE, TX  75403

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

GOVERNORS STATE UNIVERSITY
1 UNIVERSITY PKWY
UNIVERSITY PARK, IL  60469-6000

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

ARROW FINANCIAL SERVICES
% JEFFERSON CAPITAL SYSTEMS
PO BOX 23051
COLUMBUS, GA  31902-3051

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

LITTON LOAN SERVICING INC
PO BOX 4387
HOUSTON, TX  77210

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

LITTON LOAN SERVICING INC
PO BOX 4387
HOUSTON, TX  77210

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

RUSSET WEST OAKSIDE TOWNHOUSE
20000 GOVERNORS DR #102
OLYMPIA FIELDS, IL  60461

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No. 0012781555

AQUA ILLINOIS
762 W LANCASTER AVE
BRYN MAWR, PA 19010

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL 60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL 60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS, TX  75356-0284

THERESA BOOKER

855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

SANTANDER CONSUMER USA
PO BOX 560284
DALLAS, TX  75356-0284

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

ILLINOIS DEPT REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL  60664-0338

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

ILLINOIS DEPT REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL  60664-0338

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

ILLINOIS DEPT REVENUE
BANKRUPTCY SECTION
PO BOX 64338
CHICAGO, IL  60664-0338

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No. 0012781555

INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA 19114

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL 60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL 60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555


INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA  19114

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____
For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

INTERNAL REVENUE SERVICE
PO BOX 21125
PHILADELPHIA, PA  19114

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER                                          Case No. 08-15450
                                                       Account No.  0012781555


PORTFOLIO RECOVERY ASSOC               THERESA BOOKER
PO BOX 12914                           855 GREENBRIAR LANE
NORFOLK, VA  23541                     UNIVERSITY PARK, IL  60466


                                       ERNESTO D BORGES JR
                                       105 W MADISON 23RD FL
                                       CHICAGO, IL  60602


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


                              /S/  Marifran Smith
                              _____

                              For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

CAPITAL ONE BANK
% TSYS DEBT MGMT INC
PO BOX 5155
NORCROSS, GA  30091

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No. 0012781555

COMED
2100 SWIFT DR
SYSTEM/CREDIT/BANKRUPTCY DEPT
OAK BROOK, IL 60523

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL 60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL 60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/ Marifran Smith
_____

For: GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL 60532-3614
Ph: (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

CREDITORS COLLECTION
755 ALMAR PKWY
BOURBONNAIS, IL  60914

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555


FIRST PREMIER BANK
PO BOX 5524
SIOUX FALLS, SD  57117-5524

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

ECAST SETTLEMENT CORPORATION
PO BOX 35480
NEWARK, NJ  07193-5480

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555


MUTUAL HOSPITAL SERVICES
2525 N SHADELAND AV #101
INDIANAPOLIS, IN  46219

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

NCO FINANCIAL SYSTEMS
1804 WASHINGTON BLVD DEPT 500
BALTIMORE, MD  21230

THERESA BOOKER

855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

NICOR GAS
PO BOX 549
AURORA, IL  60507

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555


RJM ACQUISITIONS LLC
% JEFFERSON CAPITAL SYSTEMS
PO BOX 23051
COLUMBUS, GA  31902-3051

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602


**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi



**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**


I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.


/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi


GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

RECEIVABLES MANAGEMENT INC
MUNICIPAL COLLECTION SERV INC
3348 RIDGE RD
LANSING, IL  60438

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313

In re:

THERESA BOOKER

Case No. 08-15450
Account No.  0012781555

RECEIVABLES MANAGEMENT INC
MUNICIPAL COLLECTION SERV INC
3348 RIDGE RD
LANSING, IL  60438

THERESA BOOKER
855 GREENBRIAR LANE
UNIVERSITY PARK, IL  60466

ERNESTO D BORGES JR
105 W MADISON 23RD FL
CHICAGO, IL  60602

**NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)**

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on August 17, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

**NOTICE OF MOTION AND CERTIFICATE OF SERVICE**

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S.
Mail at 4343 Commerce Court, Suite 120, Lisle, IL on August 20, 2009.

/S/  Marifran Smith
_____

For:  GLENN STEARNS, CHAPTER 13 TRUSTEE, Standi

GLENN STEARNS, CHAPTER 13 TRUSTEE
4343 COMMERCE COURT, SUITE 120
LISLE, IL  60532-3614
Ph:  (630) 577-1313