## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE: | Case No.:  08 B 15450 |
| Theresa Booker | Chapter:  13 |
| Debtor(s) | Judge Bruce W. Black |

### RESPONSE TO TRUSTEE'S NOTICE OF FINAL MORTGAGE CURE

**TO:**  Glenn B. Stearns, Chapter 13 Trustee, 4343 Commerce Court, Suite 120, Lisle, IL 60532

Theresa Booker, Debtor(s), 855 Greenbriar Lane, University Park, IL 60466

Ernesto D. Borges JR, Attorney for Debtor(s), 105 W. Madison St. 23rd Floor, Chicago, IL 60602

Creditor objects to Trustee's Notice of Final Mortgage Cure filed on 08/19/2009. The claim amount listed in paragraph E.5. of the confirmed plan has not been paid in full. Creditor received lift of stay on 08/13/2009 and the claim was withdrawn.

Since the arrears have not been paid in full, the Trustee's Notice of Final Mortgage Cure is not valid and has no effect.

Pursuant to the terms of the confirmed plan, if no challenge to this response is made by motion filed with the court and served on the undersigned and the trustee within thirty days of this response or by 09/23/2009, Litton Loan Servicing, LP as servicer for DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE UNDER THE POOLING AND SERVICING AGREEMENT DATED AS OF JULY 1, 2002, MORGAN STANLEY DEAN WITTER CAPITAL I INC. TRUST 2002-HE2's response stands as filed.

### PROOF OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Notice upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 7140 Monroe Street, Willowbrook, IL 60527, before the hour of 5:00 PM on August 24, 2009.

  /s/ Peter C Bastianen
Attorney for Creditor

Berton J. Maley ARDC#6209399
Gloria C. Tsotsos ARDC# 6274279
Jose G. Moreno ARDC#6229900
Rachael A. Stokas ARDC#6276349
Peter C. Bastianen ARDC#6244346
Joel P. Fonferko ARDC#6276490
Maria A. Georgopoulos ARDC#6281450
**Codilis & Associates, P.C.**
15W030 North Frontage Road, Suite 100
Burr Ridge, IL 60527
(630) 794-5300
**C&A FILE (14-08-08055)**
NOTE: Pursuant to the Fair Debt Collection Practices Act you are advised that this law firm is deemed to be a debt collector attempting to collect a debt and any information obtained will be used for that purpose.